UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Linda Marie Wilhelm<br>    Debtor<br>Mortgage Assets Management, LLC<br>    Movant<br>v.<br>Linda Marie Wilhelm<br>    Debtor/Respondent<br>KENNETH E. WEST, Esquire<br>    Trustee/Respondent | Bankruptcy No. 23-10377-pmm<br><br>Chapter 13 |

## ORDER OF COURT

AND NOW, this 20th day of October, 2023, upon consideration of Mortgage Assets Management, LLC's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Mortgage Assets Management, LLC; and it is further

ORDERED, that Mortgage Assets Management, LLC, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 3868 Alberta Place Philadelphia, PA 19154, including without limitation a sheriff's sale of the property, and it is further

23-10377-pmm
23-137418
MFR

ORDERED that Mortgage Assets Management, LLC's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

Date: **October 20, 2023**

BY THE COURT

_Patricia M. Mayer_
Hon. Patricia M. Mayer
U.S. Bankruptcy Court Judge